IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STERLING WOOLFORD, SR.**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:23-cv-00784-KGB

**PULASKI COUNTY PROSECUTOR'S
OFFICE; PULASKI COUNTY PUBLIC
DEFENDER'S OFFICE**                                                                                    **DEFENDANTS**

## ORDER

Plaintiff Sterling Woolford, Sr., an inmate at the Pulaski County Detention Center at the time he filed suit, filed a *pro se* complaint on August 23, 2023 (Dkt. No. 2). Mr. Woolford did not pay the requisite filing fee or move to proceed *in forma pauperis*. On September 6, 2023, and again on September 15, 2023, the Court directed Mr. Woolford either to pay the $402.00 filing fee or file a completed application to proceed *in forma pauperis* within 30 days (Dkt. Nos. 3, 6). In its Orders, the Court advised Mr. Woolford that, if he failed to pay the filing fee or file a complete application to proceed *in forma pauperis*, the case would be dismissed without prejudice (*Id.*). Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within 30 days, the case may be dismissed without prejudice."). The Court mailed a copy of the Orders to Mr. Woolford at his address of record along with an application to proceed *in forma pauperis* (*Id.*).

As of the date of this Order, Mr. Woolford has filed a notice with the Court, but he has not paid the filing fee or filed a completed application to proceed *in forma pauperis* in order to comply with the Court's Orders, and the time for doing so has passed (Dkt. No. 7). Accordingly, this case is dismissed without prejudice.

2

It is so ordered this 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge

Case 4:23-cv-00784-KGB   Document 8   Filed 01/26/26   Page 2 of 2