## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STERLING WOOLFORD, SR.**                                                                          **PLAINTIFF**

**v.**                                             **Case No. 4:23-cv-00784-KGB**

**PULASKI COUNTY PROSECUTOR'S
OFFICE;  PULASKI COUNTY PUBLIC
DEFENDER'S OFFICE**                                                                           **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Sterling Woolford, Sr.'s complaint is dismissed without prejudice (Dkt. No. 2).  The relief sought

is denied.

So adjudged this 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge